UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARVIN BOHT AND GLADYS BOHT, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )   CASE NO. ____ <br>) |
| MENARD, INC., | )<br>) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Comes now Defendant, Menard, Inc. ("Defendant"), by counsel, pursuant to 28 U.S.C § 1446, and respectfully files its Notice of Removal[1], removing this cause from the Elkhart Superior Court to the United States District Court for the Northern District of Indiana, on the basis of diversity. In support of its Notice of Removal, Defendant states as follows:

1. On October 12, 2021, an action was commenced by Plaintiffs, Marvin Boht and Gladys Boht ("Plaintiffs'), in the Elkhart Superior Court, entitled *Marvin Boht and Gladys Boht v. Menard, Inc.*, Cause No. 20D01-2110-CT-000206. A true and accurate copy of the Elkhart Superior Court's Chronological Case Summary, obtained from MyCase, is attached hereto as Exhibit "**A**."

2. Plaintiffs' Complaint was served on Defendant along with a Summons on October 18, 2021. True and accurate copies of these documents are attached hereto as Exhibits "**B**" and "**C**," respectively.

3. The Appearance of Richard Crowder for Plaintiffs was filed on October 12, 2021,

---

[1] At the time of the filing of this Notice of Removal, the Defendant has paid the required filing fee.

a true and accurate copy of which is attached hereto as Exhibit "**D**."

    4.    On October 19, 2021, Eric Blume and Rebecca Kleber appeared for Defendant. True and accurate copies of the Appearances are attached hereto as Exhibits "**E**" and "**F**," respectively.

    5.    Plaintiffs are citizens of Indiana.

    6.    Defendant is a Wisconsin corporation with a principal place of business in Wisconsin.  Therefore, the Defendant is a citizen of the state of Wisconsin.

    7.    Accordingly, there is complete diversity between the parties.

    8.    Further, the amount in controversy exceeds $75,000.

    9.    Accordingly, this case is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 because jurisdiction of this action exists in this Court by reason of diversity.  More specifically, Plaintiffs, citizens of Indiana, have asserted claims against Defendant, a Wisconsin Corporation with a principal place of business in Wisconsin, with an amount in controversy that exceeds $75,000.

    10.    Defendant is filing a Notice of Removal contemporaneously herewith in the Elkhart Superior Court.

    WHEREFORE, Defendant, Menard, Inc., by counsel, files its Notice of Removal, removing the above-action now pending against it in the Elkhart Superior Court to this Court forthwith.

Respectfully submitted,

**CARSON LLP**

By: *s/ Eric M. Blume*
Eric M. Blume, #29836-02
Rebecca S. Kleber, #34078-53
301 W. Jefferson Blvd., Ste. 200
Fort Wayne, IN 46802
Telephone: (260) 423-9411
Email: blume@carsonllp.com
Email: kleber@carsonllp.com

*Attorneys for Defendant, Menard, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, a copy of the foregoing document was filed electronically with the Court and was served, as noted below, via the Court's CM/ECF system and/or via first-class, U.S. Mail, postage prepaid, on the following parties of record:

Richard W. Crowder
*Crowder Law*
211 S. Third Street
Goshen, IN 46526
Email: crowderlaw@gmail.com

*s/ Eric M. Blume*